THOMAS E. MOSS
UNITED STATES ATTORNEY
GEORGE W. BREITSAMETER
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV, SUITE 600
800 EAST PARK BOULEVARD
BOISE, IDAHO 82712-9903
(208) 334-1211

U.S. COURTS

JAN 12 2010

Rcvd____Filed____Time____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHANE MERLIN HYMAS and<br>LAURIE KRECHELLE HYMAS,<br><br>Defendants. | CR 10-0016-S BLW<br><br>INFORMATION<br><br>Vio. 18 U.S.C. § 1344 |

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE

**Bank Fraud**
**(Vio. 18 U.S.C. § 1344)**

A.   Introduction

At all times material to this Information:

INFORMATION - 1

1. That SHANE MERLIN HYMAS and LAURIE KRECHELLE HYMAS resided in Ada County, Idaho.

2. That National City Mortgage was an insured depository institution of the Federal Deposit Insurance Corporation.

B. Scheme and Artifice to Defraud

3. That from on or about September 26, 2003, continuing to on or about December 2006, in the District of Idaho, the defendants, SHANE MERLIN HYMAS and LAURIE KRECHELLE HYMAS, devised and intended to devise a scheme and artifice to defraud as to material matters and to obtain money and property by means of material false and fraudulent pretenses, representations and promises to mortgage lenders, including National City Mortgage.

4. It was part of the scheme that SHANE MERLIN HYMAS and LAURIE KRECHELLE HYMAS submitted false and fraudulent residential loan applications to mortgage lenders, including National City Mortgage, wherein they appeared to have sufficient credit worthiness to support said loans when, in truth and in fact, they did not have the financial ability to repay the monies.

5. It was further part of the scheme that on or about August 23, 2006, SHANE MERLIN HYMAS and LAURIE KRECHELLE HYMAS submitted a residential loan application to National City Mortgage to obtain refinancing on a loan in the amount of $104,500.00.

6. It was further part of the scheme that on the aforesaid loan application SHANE MERLIN HYMAS and LAURIE KRECHELLE HYMAS misrepresented that they had gross rental income of $2,550.00 per month when, in fact, they had no rental income.

7. It was further part of the scheme that on the aforesaid loan application SHANE MERLIN HYMAS and LAURIE KRECHELLE HYMAS misrepresented that SHANE MERLIN

INFORMATION - 2

HYMAS had gross income in the amount of $18,000.00 per month and LAURIE KRECHELLE HYMAS had monthly gross income in the amount of $15,000, for a total monthly gross income of $33,000.00 when, in truth and in fact, the defendants had total monthly gross income of between $10,000.00 and $15,000.00.

8. It was further part of the scheme that between September 2003 and December 2006, SHANE MERLIN HYMAS and LAURIE KRECHELLE HYMAS caused mortgage lenders, including National City Mortgage, to fund six (6) residential loans with a total approximate value of $1.8 million dollars. As a result of said fraudulent loan scheme, mortgage lenders, including National City Mortgage, incurred a loss in excess of $470,000.

C. <u>Execution of the Scheme</u>

9. On or about the dates set forth below in the District of Idaho, the defendants, SHANE MERLIN HYMAS and LAURIE KRECHELLE HYMAS, for the purpose of executing and attempting to execute the scheme and artifice, did knowingly execute the scheme to defraud as to material matters, and to obtain moneys and property owned by or under the custody or control of National City Bank, by means of material false and fraudulent pretenses, representations and promises, on the afore-described $104,500.00 residential loan by then and there causing National City Mortgage to fund the loan through a wire transfer of funds in said amount to a title company located in Meridian, Idaho; all in violation of Title 18, United States Code, Section 1344.

DATED this 11th day of January, 2010.

THOMAS E. MOSS
United States Attorney

George W. Breitsameter
Assistant United States Attorney

INFORMATION - 3